## LAW OFFICES OF
# MURRAY RICHMAN
### and Associates

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@outlook.com

**MEMO ENDORSED**

October 10, 2024

ECF

Hon. Richard M. Berman
Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: United States v. David Hershan
13 Cr 743 (RMB)

> A hearing does not seem appropriate or necessary as this matter has been litigated thoroughly already. I am requesting that the Gov't submit a response with legal authorities by 10/24/24, responding to the defense letters dated Oct 7 and Oct 10 in particular.
>
> SO ORDERED:
> Richard M. Berman
> Richard M. Berman, U.S.D.J.

Dear Judge Berman:

I am writing to seek clarification of the Court's October 9, 2024 "Memo Endorsement," which stated, inter alia:

> Refers Defendant to Order dated July 23, 2024 which directs Hershan to "first complete an updated financial questionnaire and confer with the Financial Litigation Unit [of the Southern District of New York] regarding an appropriate payment schedule."

However, Dr. Hershan did submit a "Financial Statement of Debtor" the receipt of which was acknowledged by Lakisha Robinson, Legal Administrative Specialist in the Financial Litigation Program, by email dated July 23, 2024 (see annexed).

Respectfully submitted,

Murray Richman, Esq.

ECF
AUSA Ni Qian